ADRIENNE C. PUBLICOVER (State Bar No. 161432)
Adrienne.Publicover@wilsonelser.com
FRANCIS TORRENCE (State Bar No. 154653)
Francis.Torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
　EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:　　(415) 433-0990
Facsimile:　　(415) 434-1370

Attorneys for Plaintiff
AMERICAN NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESTATE OF TERESA P. HUGHES a/k/a TERESA P. HUGHES-STAGGERS, FRANK STAGGERS, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>**[PROPOSED] ORDER ON MOTION BY PLAINTIFF AMERICAN NATIONAL INSURANCE COMPANY TO DEPOSIT ANNUITY BENEFITY MONEY IN INTERPLEADER; REQUEST THE COURT DEPOSIT FUNDS IN INTEREST-BEARING ACCOUNT** |

　　　　On July 30, 2015, plaintiff American National Insurance Company ("ANICO") filed a Complaint in Interpleader.  On July 30, 2015, ANICO also filed a Motion to deposit annuity benefit money in interpleader.  The sum to be deposited with this Court is $107,989.55, plus accrued interest to the date of the deposit.

　　　　This sum represents the annuity benefit, plus interest as required by law, payable under the annuity known as WelathQuest5 citadel Single Premium Annuity, with policy number 14863570 ("the Policy").

1

[PROPOSED] ORDER ON MOTION BY PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY TO DEPOSIT LIFE INSURANCE MONEY IN INTERPLEADER: REQUEST THE COURT DEPOSIT FUNDS IN INTEREST-BEARING ACCOUNT

USDC NDCA Case #

1360277-v1
1360277v.1

1  As alleged in the Complaint, Defendant Frank Staggers and his wife, Teresa
2  Hughes were listed as the Joint Owners of the Annuity.  The application identifies
3  the Primary Beneficary of the Annuity as the "Estate of Frank Staggers and Teresa
4  Hughes 100%."  ANICO is informed and believes that the defendants are asserting
5  competing claims regarding the annuity benefits.

6  Upon receipt of the sum, $107,989.55, plus accrued interest to the date of the
7  deposit, the Clerk of this Court is requested to deposit the sum into an interest-
8  bearing account until such time as the Court makes its order directing disbursement
9  and distribution of these funds.

10  Good cause appearing, the Court hereby **ORDERS** as follows:

11  (1)  ANICO is authorized to deposit the sum of $107,989.55, plus accrued
12  interest to the date of the deposit, with the United States District Court, Norhtern
13  District, no later than thirty days from the date of this order.

14  (2)  The Clerk of this Court shall deposit the sum of $107,989.55, plus
15  accrued interest to the date of the deposit, into an interest-bearing account until
16  such time as the Court makes its order directing disbursement and distribution of
17  these funds.

19  Dated:  October 29, 2015.

_____
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER ON MOTION BY PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY
TO DEPOSIT LIFE INSURANCE MONEY IN INTERPLEADER: REQUEST THE COURT DEPOSIT FUNDS
IN INTEREST-BEARING ACCOUNT
USDC NDCA Case #

1360277-v1
1360277v.1